UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br><br>        Plaintiff,<br><br>    v.<br><br>MADERA COUNTY COURT CLERK'S OFFICE et. al.,<br><br>        Defendants. | Case Nos. 22-cv-5602-PJH<br>22-cv-6123-PJH<br>22-cv-6240-PJH<br>22-cv-6399-PJH<br>22-cv-6400-PJH<br>22-cv-6478-PJH<br>22-cv-6479-PJH<br>22-cv-6510-PJH<br>22-cv-6514-PJH<br>22-cv-6519-PJH<br>22-cv-6528-PJH<br>22-cv-6556-PJH<br>22-cv-6557-PJH<br>22-cv-6558-PJH<br>22-cv-6559-PJH<br>22-cv-6568-PJH<br>22-cv-6569-PJH<br>22-cv-6570-PJH<br>22-cv-6571-PJH<br>22-cv-6572-PJH<br>22-cv-6574-PJH<br>22-cv-6575-PJH<br><br>**JUDGMENTS** |

Pursuant to the order of dismissal signed today these cases are dismissed with prejudice and closed.

**IT IS SO ORDERED.**

Dated: October 28, 2022

                                                        */s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge